02-12-404-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00404-CV 

 

 


 
 
 In re Jerome D. Brown
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The court has considered relator’s petition for writ of
mandamus and is of the opinion that the petition should be dismissed. 
Accordingly, relator’s petition for writ of mandamus is dismissed.

 

PER
CURIAM

PANEL:  DAUPHINOT, WALKER,
and GABRIEL, JJ.

DELIVERED:  October 8, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).